# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 5, 2014

## NO. 03-12-00004-CV

**Chris Carpenter, Appellant**

**v.**

**First Texas Bancorp d/b/a First Texas Bank, Appellee**

**APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PURYEAR**

This is an appeal from the summary judgment signed by the trial court on October 6, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's summary judgment. Therefore, the Court reverses the trial court's summary judgment in favor of First Texas Bank and remands Chris Carpenter's claims to the trial court for further proceedings consistent with this Court's opinion. We affirm the summary judgment in favor of First Texas Bancorp. First Texas Bank shall pay all costs relating to this appeal, both in this Court and the court below.